**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 482 EAL 2021

            Respondent          :

                                   :   Petition for Allowance of Appeal
                                   :   from the Order of the Superior Court

           v.                        :

                                   :

JAMES WYLIE,                    :

            Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 13th day of April, 2022, the Petition for Allowance of Appeal is **DENIED**.